

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-13-2003

# Omnipoint Comm Entr v. Zoning Hearing

Precedential or Non-Precedential: Precedential

Docket 02-2194

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

### Recommended Citation

"Omnipoint Comm Entr v. Zoning Hearing" (2003). *2003 Decisions.* Paper 508.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/508

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 02-2194

OMNIPOINT COMMUNICATIONS ENTERPRISES, L.P.,
*Appellant*

v.

ZONING HEARING BOARD OF EASTTOWN TOWNSHIP

(D.C. Civil No. 99-cv-2080)

Present: SLOVITER, McKEE and ROSENN, *Circuit Judges*

## **O R D E R**

After consideration of the Petition for Rehearing and the Answer, the panel in the above case has decided to grant panel rehearing which it will do on the basis of the written submissions already provided by the parties. The opinion dated February 12, 2003 is hereby vacated.

By the Court,

/s/ Dolores K. Sloviter
Circuit Judge

Dated: May 13, 2003

A True Copy:
      Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*